THE HONORABLE MARSHA J. PECHMAN

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE OUTSEN,<br><br>                     Plaintiff,<br><br>     v.<br><br>COLUMBIA ATHLETIC CLUBS, LLC, a Washington limited liability corporation; H. CYRUS OSKOUI, individually and the marital community comprised thereof;<br><br>                     Defendants. | NO. 2:14–cv–00625–MJP<br><br>**STIPULATION AND ORDER EXTENDING CERTAIN CASE SCHEDULE DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>January 16, 2015 |

The parties to this action, by and through their respective counsel of record, submit this Stipulated Motion and request that the Court extend the case deadlines as detailed below for the following reasons:

1.   Defendants did not produce the relevant timecards and other payroll records relating to the hours Plaintiff worked in this wrongful termination and wage and hour case. Plaintiff did not know the particular records existed so that she could move to compel them prior to the Expert Report Deadline of November 24, 2014. Declaration of Stephanie Outsen ("Outsen Decl."), ¶ 3. The parties believe prejudice to Plaintiff would be ameliorated if the Court would enter an order continuing the Expert Report Deadline for Plaintiff of November 24, 2014 to January 24, 2015.



STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN
CASE SCHEDULE DEADLINES
CASE NO. 2:14-cv-00625 MJP
Page 1 of 7

The Hanley Law Firm, PLLC
1411 Fourth Avenue, Suite 1101
Seattle, WA 98101
Ph: 206-466-2334 fax: 206-577-3924
ehanley@thehanleylawfirm.com

2. Plaintiff has been working with her expert to calculate alleged damages based on timecards and other discovery relating to the hours Plaintiff worked, but the process is taking longer than expected. The parties have agreed that Plaintiff will produce her expert's report on January 24, 2015. The parties intend to engage in settlement discussions once the both parties have exchanged expert reports.

3. Plaintiff and lead counsel for Plaintiff, Ms. Hanley, are unavailable for the deposition of Plaintiff prior to the discovery deadline of January 24, 2015. Lead Plaintiff's counsel is taking depositions in another case out of state during part of the week of January 19, 2015 and in Seattle during the latter half of the week. Plaintiff is undergoing a medical procedure that will make her unavailable for a deposition at least from January 15, 2015 through January 20, 2015, but may be unable to sit for a deposition for several additional days. Outsen Decl., ¶ 2. Lead Plaintiff's counsel, Elizabeth Hanley filed Notices of Unavailability with the Court for November 20, 2014 to December 2, 2014 and December 24, 2014 to January 8, 2015.  Declaration of Elizabeth Hanley, ¶ 3. Plaintiff's counsel filed the notices in advance of her unavailability and was out of state during both periods of time on personal family matters. Id. Plaintiff has offered the date of February 4, 2015 for Plaintiff's deposition, and requested the dates of February 5th and 20th for other depositions in this case.

4. Defense counsel Angela Vogel is no longer with the firm of Gordon & Rees, and David Silke is now lead defense counsel. Prior to taking over this case, Mr. Silke was booked to be out of the country on a trip with his family from June 23 through July 17, 2015, which conflicts with the set trial date of June 22, 2015. Declaration of David Silke, ¶ 2.

In order to allow sufficient time for expert discovery and to avoid motion practice that may be unnecessary in the event of settlement, the parties agree it is appropriate for the Court

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN
CASE SCHEDULE DEADLINES
CASE NO. 2:14-cv-00625 MJP
Page 2 of 7

THE HANLEY LAW FIRM

The Hanley Law Firm, PLLC
1411 Fourth Avenue, Suite 1101
Seattle, WA 98101
Ph: 206-466-2334 fax: 206-577-3924
ehanley@thehanleylawfirm.com

to extend each date following the deadline for reports from expert witness in the Order Setting Trial Date & Related Dates entered on July 10, 2014 (Dkt. No. 14), including the deadline for filing motions relating to discovery, discovery completion deadline, dispositive motion deadline, and other deadlines, including the trial date in this case, by two additional months.

The parties agree and stipulate as follows:

## I.   STIPULATION

The Court should extend the case schedule deadlines and dates in the Order Setting Trial Date & Related Dates (Dkt. No. 14) as follows:

| EVENT | CURRENT DEADLINE (Dkt. No. 14) | PROPOSED DEADLINE |
|---|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | November 24, 2014 | January 24, 2015 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | December 24, 2014 | February 24, 2015 |
| Discovery completed by | January 23, 2015 | March 23, 2015 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | February 23, 2015 | April 23, 2015 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | May 18, 2015 | July 17, 2015 |
| Agreed pretrial order due | June 10, 2015 | August 10, 2015 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | June 10, 2015 | August 10, 2015 |
| Pretrial conference | June 12, 2015 at 02:30 PM | August 12, 2015 at 02:30 PM |
| JURY TRIAL DATE | June 22, 2015 | August 24, 2015 |

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN
CASE SCHEDULE DEADLINES
CASE NO. 2:14-cv-00625 MJP
Page 3 of 7

THE HANLEY LAW FIRM

The Hanley Law Firm, PLLC
1411 Fourth Avenue, Suite 1101
Seattle, WA 98101
Ph: 206-466-2334 fax: 206-577-3924
ehanley@thehanleylawfirm.com

1  IT IS SO STIPULATED.

2  RESPECTFULLY SUBMITTED AND DATED this 16th day of January, 2015.

3

4

5  **THE HANLEY LAW FIRM, PLLC**           **LAW OFFICE OF JOY M. LOCKERBY, PLLC**

6

7  By:  *s/ Elizabeth A. Hanley*            By:  *s/ Joy Lockerby*
   Elizabeth Hanley, WSBA # 38233           Joy Lockerby, WSBA # 44343
   1411 Fourth Ave., Ste. 1101              1100 Dexter Ave. N., Ste. 100
8  Seattle, WA 98101                         P.O. Box 19444
   Telephone: (206) 466-2334                Seattle, WA 98109
9  Fax: (206) 577-3924                       Telephone: (206) 854-2869
   Email: ehanley@thehanleylawfirm.com       Fax: (206) 299-9843
10 *Attorney for Plaintiff*                  Email: Joy@LockerbyLaw.com
                                             *Attorney for Plaintiff*
11

12
   **GORDON & REES LLP**                    **GORDON & REES LLP**
13

14
   By:  *s/ Brittany F. Stevens*            By:  *s/ David W. Silke*
15 Brittany F. Stevens, WSBA #44822          David W. Silke, WSBA #23761
   701 5th Avenue, Suite 2100                701 5th Avenue, Suite 2100
16 Seattle, WA 98104                         Seattle, WA 98104
   Telephone: (206) 695-5100                 Telephone: (206) 695-5100
17 Fax: (206) 689-2822                       Fax: (206) 689-2822
   Email: bstevens@gordonrees.com            Email: dsilke@gordonrees.com
18 *Attorney for Defendants*                 *Attorney for Defendants*

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN
CASE SCHEDULE DEADLINES
CASE NO. 2:14-cv-00625 MJP
Page 4 of 7



The Hanley Law Firm, PLLC
1411 Fourth Avenue, Suite 1101
Seattle, WA 98101
Ph: 206-466-2334 fax: 206-577-3924
ehanley@thehanleylawfirm.com

## II.  ORDER

IT IS HEREBY ORDERED that the following deadlines and dates set forth in the Order Setting Trial Date & Related Dates (Dkt. No. 14) as follows are vacated and replaced with the following schedule:

| EVENT | CURRENT DEADLINE (Dkt. No. 14) | PROPOSED DEADLINE |
| --- | --- | --- |
| Reports from expert witness under FRCP 26(a)(2) due | November 24, 2014 | January 24, 2015 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | December 24, 2014 | February 24, 2015 |
| Discovery completed by | January 23, 2015 | March 23, 2015 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | February 23, 2015 | April 23, 2015 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | May 18, 2015 | July 17, 2015 |
| Agreed pretrial order due | June 10, 2015 | August 10, 2015 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | June 10, 2015 | August 10, 2015 |
| Pretrial conference | June 12, 2015 at 02:30 PM | August 14, 2015 at 03:30 PM |
| JURY TRIAL DATE | June 22, 2015 | August 24, 2015 |

IT IS SO ORDERED.

Dated this 15th of January, 2015.

Marsha J. Pechman
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN CASE SCHEDULE DEADLINES
CASE NO. 2:14-cv-00625 MJP
Page 5 of 7

The Hanley Law Firm, PLLC
1411 Fourth Avenue, Suite 1101
Seattle, WA 98101
Ph: 206-466-2334 fax: 206-577-3924
ehanley@thehanleylawfirm.com

1

2   Presented by:

3   **THE HANLEY LAW FIRM, PLLC**        **LAW OFFICE OF JOY M. LOCKERBY, PLLC**

4

5   By: *s/ Elizabeth A. Hanley*         By: *s/ Joy Lockerby*
    Elizabeth Hanley, WSBA # 38233       Joy Lockerby, WSBA # 44343
6   1411 Fourth Ave., Ste. 1101          1100 Dexter Ave. N., Ste. 100
    Seattle, WA 98101                    P.O. Box 19444
7   Telephone: (206) 466-2334            Seattle, WA 98109
    Fax: (206) 577-3924                  Telephone: (206) 854-2869
8   Email: ehanley@thehanleylawfirm.com  Fax: (206) 299-9843
    *Attorney for Plaintiff*             Email: Joy@LockerbyLaw.com
9                                        *Attorney for Plaintiff*

10

11  **GORDON & REES LLP**                **GORDON & REES LLP**

12

13  By: *s/ Brittany F. Stevens*         By: *s/ David W. Silke*
    Brittany F. Stevens, WSBA #44822     David W. Silke, WSBA #23761
14  701 5th Avenue, Suite 2100           701 5th Avenue, Suite 2100
    Seattle, WA 98104                    Seattle, WA 98104
15  Telephone: (206) 695-5100            Telephone: (206) 695-5100
    Fax: (206) 689-2822                  Fax: (206) 689-2822
16  Email: bstevens@gordonrees.com       Email: dsilke@gordonrees.com
    *Attorney for Defendants*            *Attorney for Defendants*

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN CASE SCHEDULE DEADLINES
CASE NO. 2:14-cv-00625 MJP
Page 6 of 7

The Hanley Law Firm, PLLC
1411 Fourth Avenue, Suite 1101
Seattle, WA 98101
Ph: 206-466-2334 fax: 206-577-3924
ehanley@thehanleylawfirm.com

# DECLARATION OF SERVICE

I, Jason Proctor, certify and declare that I am now and at all times herein mentioned was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to the above-entitled action, and am competent to testify as a witness. I am a Paralegal employed with The Hanley Law Firm, PLLC, 1411 Fourth Avenue, Suite 1101, Seattle, Washington 98101-2243. On January 14, 2015 I served the within document(s):

- Stipulation & [PROPOSED] Order Extending Certain Case Schedule Deadlines

| | |
|---|---|
| *Attorneys for Defendants*<br>Brittany F. Stevens, WSBA #44822<br>David W. Silke, WSBA #23761<br>Gordon & Rees LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Telephone: (206) 695-5100<br>Fax: (206) 689-2822<br>Email: bstevens@gordonrees.com<br>     dsilke@gordonrees.com<br>     jperrin@gordonrees.com | ☐   Via  Legal Messenger<br>☐   Via  Facsimile<br>☐   Via  Electronic Mail<br>☐   Via  U.S. Mail<br>☐   Via  CM/ECF system |

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

Dated this 14th day of January, 2015.

                                          **THE HANLEY LAW FIRM, PLLC**

By: _____
Jason Proctor, CRP
The Hanley Law Firm, PLLC
1411 Fourth Ave., Ste. 1101
Seattle, WA 98101
Tel. (206) 466-2334
Fax (206) 577-3924
Email: jproctor@thehanleylawfirm.com

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN
CASE SCHEDULE DEADLINES
CASE NO. 2:14-cv-00625 MJP
Page 7 of 7

The Hanley Law Firm, PLLC
1411 Fourth Avenue, Suite 1101
Seattle, WA 98101
Ph: 206-466-2334 fax: 206-577-3924
ehanley@thehanleylawfirm.com