The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE OUTSEN<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA ATHLETIC CLUBS, LLC, a Washington limited liability corporation; H. CYRUS OSKOUI, individually and the marital community comprised thereof<br><br>Defendants. | NO. 2:14-cv-00625<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br>[CLERK'S ACTION REQUIRED] |

## STIPULATION

Please take notice that Plaintiff Stephanie Outsen and Defendants Columbia Athletic Clubs, LLC and Cyrus Oskoui, by and through their respective undersigned counsel, have settled the above-referenced case and have finalized the settlement agreement. Therefore, the parties request that this Court vacate all currently scheduled dates in this matter, and dismiss this case with prejudice, with both parties bearing their own costs and fees.

//

//

STIPULATION AND ORDER OF
DISMISSAL -1

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Dated: June 26, 2015

| THE HANLEY LAW FIRM, PLLC | GORDON & REES LLP |
|---|---|
| /s/Elizabeth Hanley<br>Elizabeth Hanley, WSBA #38233<br>Attorney for Plaintiff<br>1411 Fourth Avenue, Suite 1101<br>Seattle, WA 98101<br>Ph: 206-466-2334<br>ehanley@thehandleylawfirm.com | /s/David W. Silke<br>David W. Silke, WSBA # 23761<br>Brittany F. Stevens, WSBA #44822<br>Attorneys For Defendants<br>701 5th Avenue, Suite 2100<br>Seattle, Washington 98104<br>Phone: (206) 695-5100<br>Fax: (206) 689-2822<br>dsilke@gordonrees.com<br>bstevens@gordonrees.com |

LAW OFFICE OF JOY M. LOCKERBY

/s/Joy M. Lockerby
Joy M. Lockerby, WSBA #44343
Attorney for Plaintiff
1100 Dexter Ave. N., Ste. 100
P.O. Box 19444
Seattle, WA 98109
Ph: 206-854-2869
Joy@LockerbyLaw.com

## ORDER

Based upon the foregoing stipulation IT IS HEREBY ORDERED that all claims against Defendants Columbia Athletic Clubs, LLC and Cyrus Oskoui, are hereby dismissed with prejudice and without costs to any party.

DATED this 26th day of June, 2015.

_____
The Honorable Marsha J. Pechman

STIPULATION AND ORDER OF DISMISSAL -2

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1  Presented by:

2  GORDON & REES LLP

3  /s/David W. Silke
4  David W. Silke, WSBA # 23761
   Brittany F. Stevens, WSBA #44822
5  Attorneys For Defendants
   701 5th Avenue, Suite 2100
6  Seattle, Washington 98104
7  Phone: (206) 695-5100
   Fax: (206) 689-2822
8  dsilke@gordonrees.com
   bstevens@gordonrees.com
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER OF
DISMISSAL -3

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this date I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Elizabeth Hanley, WSBA# 38233
The Hanley Law Firm, PLLC
1411 Fourth Avenue, Suite 1101
Seattle, WA 98101
Ph: 206-466-2334
Fax: 206-577-3924
ehanley@thehandleylawfirm.com

Joy M. Lockerby, WSBA# 44343
Law Office of Joy M. Lockerby
1100 Dexter Ave. N., Ste. 100
P.O. Box 19444
Seattle, WA 98109
Ph: 206-854-2869
Fax: 206-299-9843
Joy@LockerbyLaw.com

Dated: June 26, 2015.

/s/Jeanne Perrin
Jeanne Perrin, Legal Secretary
GORDON & REES LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax:   (206) 689-2822
fartero@gordonrees.com

STIPULATION AND ORDER OF DISMISSAL -4

GORDON & REES LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1096183/24031819v1